# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
### Eastern Division

Marcie Aberman

                           Plaintiff,

v.                                                   Case No.: 1:12–cv–10181
                                                   Honorable Robert M. Dow Jr.

Chicago Public Schools, et al.

                           Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, October 3, 2013:

      MINUTE entry before Honorable Robert M. Dow, Jr: Plaintiff's motion for reconsideration and for leave to file first amended complaint [22] is taken under advisement; Defendants' response is due on 10/24/2013; Plaintiff's reply is due on 11/7/2013. The Court will issue a ruling by mail. Notice of motion date of 10/8/2013 is stricken and no appearances are necessary on that date. Mailed notice(tbk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.